**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No. 14-PO-00103-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  ROBERT CASTANEDA,**

**Defendant.**

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    The Defendant was arrested on a Warrant due to Failure to Appear.  After the hearing before the Magistrate Judge on January 28, 2014, the Defendant was sentenced to serve 6 months, sentence was suspended except for five ( 5 ) days spent in custody, therefore:

    **IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal's Service.

    **DATED: January 24, 2014.**

                                     **BY THE COURT:**

                                     **s/David L. West**
                                   **United States Magistrate Judge**